IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ISSOUF COUBALY, *et al.*,<br><br>                  *Plaintiffs*,<br><br>    v.<br><br>NESTLÉ USA; CARGILL, INCORPORATED; CARGILL COCOA; BARRY CALLEBAUT USA LLC; MARS, INCORPORATED; MARS WRIGLEY CONFECTIONARY; OLAM AMERICAS, INC; HERSHEY COMPANY; and MONDELĒZ INTERNATIONAL, INC,<br><br>                  *Defendants*. | Civil Action No. 21-0386 (DLF) |

**CERTIFICATE REQUIRED BY LCvR 26.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

      I, the undersigned, counsel of record for Mondelēz International, Inc., certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of Mondelēz International, Inc. which have any outstanding securities in the hands of the public. These representations are made in order that judges of this Court may determine the need for recusal.

Date: May 21, 2021

                                                        Respectfully submitted,

                                                        */s/ Craig A. Hoover*
                                                        Craig A. Hoover (D.C. Bar No. 386918)
                                                        David M. Foster (D.C. Bar No. 497981)
                                                        HOGAN LOVELLS US LLP
                                                        555 Thirteenth Street, NW
                                                        Washington, D.C. 20004
                                                        Telephone: (202) 637-5694
                                                        Facsimile: (202) 637-5910
                                                        craig.hoover@hoganlovells.com

                                                        *Counsel for Mondelēz International, Inc.*