IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ISSOUF COUBALY, *et al.*, <br><br>　　　　　　　　　　*Plaintiffs*, <br><br>　　v. <br><br>CARGILL, INCORPORATED, *et al.*, <br><br>　　　　　　　　　　*Defendants*. | Civil Action No. 21-0386 (DLF) <br><br> **ORAL ARGUMENT REQUESTED** |

**DEFENDANTS' JOINT MOTION TO
DISMISS CORRECTED COMPLAINT**

Defendants Barry Callebaut USA LLC, Cargill, Incorporated, Cargill Cocoa, The Hershey Company, Mars, Incorporated, Mars Wrigley Confectionary, Mondelēz International, Inc., Nestlé USA, Inc., and Olam Americas, Inc. hereby move this Court for an order dismissing with prejudice Plaintiffs' Corrected Complaint, ECF No. 2 ("Complaint").

The Complaint should be dismissed for the reasons outlined in the accompanying Memorandum of Points and Authorities. *First*, Plaintiffs lack Article III standing, and the Complaint therefore should be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of subject matter jurisdiction. *Second*, the Complaint fails to state a claim upon which relief can be granted and therefore should be dismissed under Federal Rule of Civil Procedure 12(b)(6).

A proposed order accompanies this motion.

1

| | |
|---|---|
| July 30, 2021 | Respectfully submitted, |
| | /s/ Perlette Michèle Jura |

John E. Hall (D.C. Bar No. 415364)
Henry Liu (D.C. Bar No. 986296)
Carlton E. Forbes (D.C. Bar No. 1656612)
COVINGTON & BURLING LLP
One CityCenter
850 10th Street NW
Washington, D.C. 20001
(202) 662-6000

*Counsel for Barry Callebaut USA*

Andrew J. Pincus (D.C. Bar No. 370762)
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006
(202) 263-3000

*Counsel for Cargill, Incorporated and Cargill Cocoa*

Daniel S. Ruzumna (D.C. Bar No. 450040)
Steven A. Zalesin (*pro hac vice* forthcoming)
Jonah M. Knobler (*pro hac vice* forthcoming)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000

*Counsel for The Hershey Company*

Stephen D. Raber (D.C. Bar No. 400999)
David Forkner (D.C. Bar No. 464337)
David M. Horniak (D.C. Bar No. 998649)
WILLIAMS & CONNOLLY LLP
725 Twelfth St., N.W.
Washington, DC 20005
(202) 434-5000

*Counsel for Mars, Incorporated and Mars Wrigley Confectionary US, LLC*

Theodore J. Boutrous Jr. (D.C. Bar No. 420440)
Perlette Michèle Jura (D.C. Bar No. 1028959)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
(213) 229-7000
pjura@gibsondunn.com

*Counsel for Nestlé USA, Inc.*

Craig A. Hoover (D.C. Bar No. 386918)
David M. Foster (D.C. Bar No. 497981)
Danielle Desaulniers Stempel
  (D.C. Bar No. 1658137)
  (D.D.C. admission pending)
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5694

*Counsel for Mondelēz International, Inc.*

Paul C. Rosenthal (D.C. Bar No. 234252)
Bezalel A. Stern (D.C. Bar No. 1025745)
KELLEY DRYE & WARREN LLP
3050 K Street N.W., Suite 400
Washington, D.C. 20007
(202) 342-8400

Lauri A. Mazzuchetti (*pro hac vice*)
KELLEY DRYE & WARREN LLP
One Jefferson Road
Parsippany, NJ 07054
(973) 503-5900

*Counsel for Olam Americas, Inc.*

## CERTIFICATE OF SERVICE

  I hereby certify that, on July 30, 2021, I electronically filed the foregoing with the United States District Court for the District of Columbia by using the CM/ECF system, which will send a notice of filing to all registered users, and emailed a copy of this filing to all parties that did not receive notice through the Court's electronic filing system.

July 30, 2021                    Respectfully submitted,

                        */s/ Perlette Michèle Jura*
                       Perlette Michèle Jura (D.C. Bar No. 1028959)