IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ISSOUF COUBALY, *et al.*,<br><br>                *Plaintiffs*,<br><br>      v.<br><br>CARGILL, INCORPORATED, *et al.*,<br><br>                *Defendants*. | Civil Action No. 21-0386 (DLF) |

**[PROPOSED] ORDER**

Upon consideration of the Joint Motion to Dismiss the Corrected Complaint filed by Defendants Barry Callebaut USA LLC, Cargill, Incorporated, Cargill Cocoa, The Hershey Company, Mars, Incorporated, Mars Wrigley Confectionary, Mondelēz International, Inc., Nestlé USA, Inc., and Olam Americas, Inc., it is hereby:

**ORDERED** that Defendants' Motion is **GRANTED**; and it is further

**ORDERED** that the Corrected Complaint, ECF No. 2, is **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

Dated: _____                              _____
                                                                                                           HON. DABNEY L. FRIEDRICH
                                                                                                               United States District Judge