## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

ISSOUF COUBALY, *et al.*,

                *Plaintiffs*,

      - versus -

NESTLÉ USA; CARGILL, INCORPORATED;
CARGILL COCOA; BARRY CALLEBAUT USA
LLC; MARS, INCORPORATED; MARS WRIGLEY
CONFECTIONARY; OLAM AMERICAS, INC;
HERSHEY COMPANY; and MONDELĒZ
INTERNATIONAL, INC.,

                *Defendants*.

Civil Action No. 21-cv-0386 (DLF)

## <u>ENTRY OF APPEARANCE</u>

        Please enter the appearance of Jonah M. Knobler as counsel for Defendant The Hershey Company in the above-captioned matter.  The Clerk of the Court will please enter said appearance and arrange for the receipt of ECF notifications for the above-captioned matter.

        Respectfully submitted,

        /s/ *Jonah M. Knobler*_____
        Jonah M. Knobler (*admitted pro hac vice*)
        Patterson Belknap Webb & Tyler LLP
        1133 Avenue of the Americas
        New York, NY  10036-6710
        (212) 336-2000

August 5, 2021        *Counsel for Defendant The Hershey Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Entry of Appearance was served via electronic filing this 5th day of August, 2021, to all counsel of record.

/s/ *Jonah M. Knobler*
Jonah M. Knobler