# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ISSOUF COUBALY, *et al.*,
*Plaintiffs*,

v.    Civil Action No. 21-0386 (DLF)

CARGILL, INCORPORATED, *et al.*,
*Defendants*.

## PLAINTIFFS' CONSENT MOTION
## FOR LEAVE TO FILE A SURREPLY

Terrence P. Collingsworth (D.C. Bar No. 471830)
INTERNATIONAL RIGHTS ADVOCATES
621 Maryland Avenue, NE
Washington, D.C. 20002
Telephone: (202) 543-5811
tc@iradvocates.org
*Counsel for Plaintiffs*

On November 19, 2021, Defendants filed their Reply Brief (ECF No. 35), replying to Plaintiffs' Opposition (ECF No. 33) to Defendants' Motion to Dismiss (ECF. No. 27). In their Reply, Defendants cite to and rely heavily upon a recent decision by Judge Nichols, *Doe I v. Apple Inc.*, No. 19-CV-3737 (D.D.C. Nov. 2, 2021), ECF 50 ("Opinion"). This decision was issued several weeks after Plaintiffs filed their Opposition, so Plaintiffs did not have the opportunity to discuss its legal reasoning and the major factual distinctions from this case. For the benefit of the Court and in the interests of fairness, Plaintiffs hereby move for leave to allow them to file the attached four-page Surreply which is focused solely on Plaintiffs' views of the newly issued Opinion and its application to this case.

Defendants have consented to this Motion.

Respectfully submitted this 29th day of November 2021

s/ Terrence P. Collingsworth
Terrence P. Collingsworth (D.C. Bar No. 471830)
INTERNATIONAL RIGHTS ADVOCATES
621 Maryland Avenue, NE
Washington, D.C. 20002
Telephone: (202) 543-5811
tc@iradvocates.org

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2021 I electronically filed the foregoing with the United States District Court for the District of Columbia by using the CM/ECF system, which will send a notice of filing to all registered users.

| | |
|---|---|
| Date: November 29, 2021 | /s/ Terrence P. Collingsworth<br>Terrence P. Collingsworth (D.C. Bar No. 471830)<br>INTERNATIONAL RIGHTS ADVOCATES<br>621 Maryland Avenue, NE<br>Washington, D.C. 20002<br>Telephone: (202) 543-5811<br>tc@iradvocates.org<br><br>*Counsel for Plaintiffs* |