# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ISSOUF COUBALY, *et al.*,
*Plaintiffs*,

v.

Civil Action No. 21-0386 (DLF)

CARGILL, INCORPORATED, *et al.*,
*Defendants*.

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE SURREPLY

For good cause shown and based on Plaintiffs' Motion for Leave to File a Surreply, Plaintiffs consent Motion is GRANTED and Plaintiffs' four-page Surreply filed concurrently with the Motion is HEREBY ACCEPTED for filing.

Dated this ___ day of November 2021

_____
DABNEY L. FRIEDRICH
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2021 I electronically filed the foregoing with the United States District Court for the District of Columbia by using the CM/ECF system, which will send a notice of filing to all registered users.

Date: November 29, 2021

/s/ Terrence P. Collingsworth
Terrence P. Collingsworth (D.C. Bar No. 471830)
INTERNATIONAL RIGHTS ADVOCATES
621 Maryland Avenue, NE
Washington, D.C. 20002
Telephone: (202) 543-5811
tc@iradvocates.org

*Counsel for Plaintiffs*